No. 92–403. TEAMSTERS LOCAL UNION No. 688 ET AL. *v.* COCA-COLA BOTTLING COMPANY OF ST. LOUIS, INC. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 92–581. THOMAS ET AL. *v.* WICHITA COCA-COLA BOTTLING Co. C. A. 10th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 92–508. MISSOURI *v.* HANKINS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.